IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, ET AL., | No. C 11-03978 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| EL CAMINO HOSPITAL, | |
| Defendant. / | |

Having granted Defendant's Motion for Summary Judgment, the Court hereby enters judgment in favor of Defendant and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: June 20, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3978\Judgment.wpd