IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL BENSI, ET AL.,

    Plaintiffs,

  v.

EL CAMINO HOSPITAL,

    Defendant.

                                 /

No. C 11-03978 CRB

**JUDGMENT**

    Having granted Defendant's Motion for Summary Judgment, the Court hereby enters judgment in favor of Defendant and against Plaintiffs.

    **IT IS SO ORDERED.**

Dated: June 20, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3978\Judgment.wpd